# United States District Court
## for the
### Western District of New York

United States of America

v.

**ERIC DECKER,**

*Defendant*

Case No. 24-MJ-598

## CRIMINAL COMPLAINT

I, Christopher Toscano, the complainant in this case, state that the following is true to the best of my knowledge and belief: between on or about September 9, 2024, and September 10, 2024, in the Western District of New York and elsewhere, the defendant, ERIC DECKER violated:

(1) 18 U.S.C. § 2252A(a)(2)(A) (Receipt and/or Distribution of Child Pornography); and
(2) 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

This Criminal Complaint is based on these facts: **SEE ATTACHED AFFIDAVIT OF FBI TFO CHRISTOPHER TOSCANO.**

☒ Continued on the attached sheet.

*[signature]*
CHRISTOPHER TOSCANO, FBI TFO

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: October 3, 2024

City and State: Rochester, New York

*[signature]*
*Judge's signature*

MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )   ss:
CITY OF ROCHESTER  )

I, CHRISTOPHER TOSCANO, being duly sworn, depose and state:

1. I am a Deputy with the Monroe County Sheriff's Office and have been assigned as a Task Force Officer ("TFO") with the FBI's Crimes Against Children and Human Trafficking Task Force since 2017. As a TFO, I am responsible for investigating violations of federal and state criminal laws, involving child exploitation and child pornography, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B). I have been involved in hundreds of federal child exploitation and child pornography investigations and have reviewed thousands of images of child pornography as defined by 18 U.S.C. § 2256(8).

2. I submit this affidavit in support of a criminal complaint alleging that ERIC DECKER (hereinafter "DECKER"), born XX/XX/1977, using a means of interstate and foreign commerce by computer, did knowingly receive child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A); and did knowingly possess child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

3. The information contained in this affidavit is based on my personal knowledge and investigation of this matter, my review of forensic examination of digital devices seized from DECKER, my training and experience, conversations with other law

enforcement officers and witnesses, and my review of documents, reports and records gathered through the investigation of this case.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me as a result of this investigation. Rather, I have set forth the facts that I believe are necessary to establish probable cause to believe that DECKER knowingly violated 18 U.S.C. §§ 2252A(a)(2)(A) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

## BACKGROUND OF INVESTIGATION

5. On September 9, 2024, an adult female (hereinafter A.F.) who is currently 18 years old, reported to the Monroe County Sheriff's Office (the "MCSO"), that Eric Decker, who is known to her, had engaged in sexual acts with her from the ages of 2 to 15 years old. While speaking with members of the MCSO, A.F. disclosed that DECKER had also viewed child pornography on his desktop computer.

6. On September 10, 2024, I spoke with A.F. further regarding DECKER's involvement with child pornography. In sum and substance, A.F. provided the following information.

7. A.F. disclosed seeing child pornography on DECKER's computer over the course of several years. A.F. indicated that DECKER would make her watch child pornography with him, or at times by herself. A.F. acknowledged seeing approximately more than 50 images or videos of child pornography. A.F. indicated that DECKER would

2

watch the child pornography prior to raping her. A.F. went on to say that while watching the child pornography, DECKER would normalize the content by saying things such as "This is what [people] do. It's normal."

8. A.F. was able to identify a desktop computer that DECKER utilized to view the child pornography. A.F. indicated that she also recalled seeing a black and red colored thumb drive plugged into a "box" or device which was connected to the desktop when viewing the child pornography. A.F. indicated the desktop computer is located in DECKER's office at his current residence which is located within the Western District of New York.

## Execution of MCSO Search Warrant

9. Based on the above, the MCSO was granted a state warrant authorizing the search of DECKER's home. The warrant was executed on September 10, 2024, during which time DECKER was located and later arrested for Course of Sexual Conduct Against a Child in the First Degree, a class B Felony.

10. Upon executing the search warrant, the MCSO observed an "office" on the first- floor as described by A.F. While searching DECKER's home, the MCSO located several digital devices, including a Lenovo ThinkCentre Desktop computer (S/N: MJ000KCY) and four different Lexar thumb drives (collectively, the "Electronic Devices").

11. During the execution of the search warrant, members of MCSO spoke with Cooperating Witness 1 ("CW1") who indicated that the Lenovo desktop computer belonged to DECKER and that he was the only person who used that computer.

3

12. Following the execution of the search warrant, these electronics were submitted to the MCSO Digital Forensics Unit for analysis.

### Discovery of Child Pornography

13. The seized Electronic Devices were subsequently analyzed for evidence of child pornography and/or sexual interest in children.

14. Observed on the Lenovo ThinkCentre Desktop computer was over 3,000 images and/or videos of child pornography, as defined by 18 U.S.C. § 2256(8). These include:

   a. "swx2rk7pu7.jpg" - An image depicting a toddler age girl nude with her vagina exposed. The toddler has what appears to be a plastic bag covering the child's entire head and a rope around the bag. Additionally, captioned on the image is the following, "Hurtcore - Plastic Bag" and written on the body of the girl is "Nepi_Rape".

   b. "out.mp4" - A video depicting a prepubescent age girl with her mouth open and an apparent adult male with his penis exposed masturbating. As the video continues the adult male is seen ejaculating onto the face of the prepubescent girl and then placing his penis inside her mouth.

   c. "Xoea8lx3.mp4" - A video depicting a prepubescent age girl performing oral sex on an apparent adult male.

   d. "080333.mp4" – A video depicting four girls appearing to be prepubescent in age. All of the prepubescent girls are naked with their vaginas exposed. As the video continues, an apparent adult is observed utilizing an object to insert into the anus of each girl.

15. During the review, law enforcement also observed were several folder titles indicative of child pornography. These folders include the following:

   a. "baby"
   b. "10yobrunette"
   c. "9YO LEA HARDLY PENETRATED_files"

4

   d. "5 Y.O. DAPHNE FUCKED BY DAD_files"

   e. "CHILD PORN VIDEOS_Files"

16. Additionally, several image and video files depicting child pornography were observed in a Downloads folder. Also observed within this same folder was a document titled "091823--WorkNote—1.pdf". This document depicted a return to work for "Eric Decker" with the date of birth "XX/XX/1977."

17. The Lenovo ThinkCentre Desktop Computer contained a Seagate Hard Drive, S/N S2AJL6K7, which contains the trade inscription "Product of CHINA," therefore having travelled in and affected interstate and foreign commerce.

18. Law enforcement also observed hundreds more images and/or videos of child pornography on the four Lexar Thumb Drives:

   a. on Lexar Thumb Drive 1, approximately 269 videos;
   b. on Lexar Thumb Drive 2, approximately 690 images;
   c. on Lexar Thumb Drive 3, approximately 23 videos; and
   d. on Lexar Thumb Drive 4, approximately 10 images and 8 videos.

19. Each of the four Lexar Thumb Drives were produced in China, and therefore have travelled in and affected interstate and foreign commerce.

## CONCLUSION

20. Based on the foregoing, I respectfully submit that there is probable cause to believe that DECKER, using a means of interstate and foreign commerce, did knowingly receive, and possess child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A), and 2252A(a)(5)(B).

*[signature]*
CHRISTOPHER TOSCANO
Task Force Officer
Federal Bureau of Investigation

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on October 3, 2024.

*[signature]*
MARK W. PEDERSEN
United States Magistrate Judge

6